UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTIN JONES,

    Plaintiff,

v.

HOME DEPOT CORP.,

    Defendant.
_____/

Case No. 24-cv-11832
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                            KINIKIA ESSIX
                            CLERK OF COURT

               By:    s/Holly A. Ryan
                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 4, 2024
Detroit, Michigan

1